1  DANIEL J. BRODERICK, Bar #89424
   Federal Defender
2  CARO MARKS, Bar #159267
   Designated Counsel for Service
3  801 I Street, 3rd Floor
   Sacramento, California  95814
4  Telephone: (916) 498-5700

5  Attorney for Defendant
   CIGIFREDO GALEANA-REYES

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | ) NO. CR.S-10-429-LKK |
|---|---|
| Plaintiff, | ) |
| v. | ) **STIPULATION AND ORDER;** |
|  | ) **CONTINUING STATUS CONFERENCE** |
|  | ) **AND EXCLUDING TIME** |
| CIGIFREDO GALEANA-REYES, | ) |
|  | ) Date: January 31, 2012 |
| Defendant. | ) Time: 9:15 a.m. |
| _____ | ) Judge: Hon. Lawrence K. Karlton |

　　　IT IS HEREBY STIPULATED by and between the parties hereto through their respective counsel, MICHELE BECKWITH, Assistant United States Attorney, attorney for Plaintiff, and CARO MARKS, attorney for CIGIFREDO GALEANA-REYES, that the status conference hearing date of January 10, 2012 be vacated, and the matter be set for status conference on January 31, 2012 at 9:30 a.m.

　　　The reason for this continuance is to allow the parties to receive and review a Pre-Plea Presentence Report, to allow the government time to prepare and offer the defense a plea agreement, and then to give defense counsel time to receive both documents and review them with the defendant. As defense counsel will be out of the country from January 6-January 19, this continuance will give her sufficient

time to consult with the defendant after her return and before court. Based upon the foregoing, the parties agree that the time under the Speedy Trial Act should be excluded from the date of signing of this order through and including January 31, 2012 pursuant to 18 U.S.C. §3161 (h)(7)(A)and (B)(iv)[reasonable time to prepare] and Local Code T4 based upon continuity of counsel and defense preparation.

DATED: December 22, 2011.                    Respectfully submitted,

                                             DANIEL J. BRODERICK
                                             Federal Public Defender


                                             /s/ Caro Marks
                                             CARO MARKS
                                             Designated Counsel for Service
                                             Attorney for Cigifredo Galeana-Reyes

DATED: December 22, 2011.                    BENJAMIN WAGNER
                                             United States Attorney


                                             /s/ Caro Marks for
                                             MICHELE BECKWITH
                                             Assistant U.S. Attorney
                                             Attorney for Plaintiff

ORDER

UPON GOOD CAUSE SHOWN and the stipulation of all parties, it is ordered that the January 10, 2012, status conference hearing be continued to January 31, 2012, at 9:15 a.m. Based on the representation of defense counsel and good cause appearing there from, the Court hereby finds that the failure to grant a continuance in this case would deny defense counsel reasonable time necessary for effective preparation, taking into account the exercise of due diligence. The

1  Court finds that the ends of justice to be served by granting a
2  continuance outweigh the best interests of the public and the defendant
3  in a speedy trial.  It is ordered that time up to and including the
4  January 31, 2012 status conference shall be excluded from computation
5  of time within which the trial of this matter must be commenced under
6  the Speedy Trial Act pursuant to 18 U.S.C. § 3161(h)(7)(A) and (B)(iv)
7  and Local Code T-4, to allow defense counsel reasonable time to
8  prepare.
9  Dated: December 22, 2011

LAWRENCE K. KARLTON
SENIOR JUDGE
UNITED STATES DISTRICT COURT