```
DANIEL J. BRODERICK, #89424
Federal Defender
CARO MARKS, Bar #159267
Designated Counsel for Service
801 I Street, 3rd Floor
Sacramento, California 95814
Telephone: (916) 498-5700


Attorney for Defendant
CIGIFREDO GALEANA-REYES
```

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) No. CR.S-10-429 LKK |
| Plaintiff, | ) **AMENDED** ORDER AFTER HEARING |
| v. | ) |
| CIGIGREDO GALEANA-REYES, | ) |
| Defendant. | ) |
| _____ | ) |

This matter came on calendar for a status conference hearing on January 31, 2012, in the courtroom of the Honorable Lawrence K. Karlton, Senior Judge.  Assistant United States Attorney Michele Beckwith appeared on behalf of the United States of America.  Assistant Federal Defender Caro Marks appeared on behalf of Defendant Cigifredo Galeana-Reyes, who was present before the court.

A representative from United States Probation informed the court that due to Probation's backlog of cases, it would need an additional six weeks time to prepare and disseminate the defendant's "Alien Pre-Plea Presentence Report", which report is necessary for the parties to

1  resolve the case. Responding that the defendant was incarcerated and
2  would continue to be incarcerated during the requested six-week
3  continuance, the court denied this request. The court directed U.S.
4  Probation to furnish an explanation for its backlog. U.S. Probation
5  Officer Horner agreed to prepare and disseminate the report within the
6  upcoming week. The court set the matter for further status conference
7  one week hence, on February 7, 2012, at 9:15 am.

8  The parties agreed on the need for additional time to allow time
9  for defense and Probation's preparation. The parties need time to
10 receive and review the Alien Pre-Plea PSR, to draft a plea agreement,
11 and to review both with the defendant.

12 **IT IS HEREBY ORDERED** that this matter be set for further status
13 conference on February 7, 2012 at 9:15 am..

14 **IT IS FURTHER ORDERED** that pursuant to 18 U.S.C. §3161 (h)(7)(A)
15 and (B)(iv), and Local Code T4, the period from January 31, 2012, up to
16 and including February 7, 2012, is excluded from the time computations
17 required by the Speedy Trial Act due to counsel preparation.

18 **THE COURT FINDS** that the ends of justice served by granting this
19 continuance outweigh the best interest of the defendant and the public
20 in a speedy trial.

22 Dated: February 2, 2012

_____
LAWRENCE K. KARLTON
SENIOR JUDGE
UNITED STATES DISTRICT COURT