DANIEL J. BRODERICK, #89424
Federal Defender
CARO MARKS, Bar #159267
Designated Counsel for Service
801 I Street, 3rd Floor
Sacramento, California 95814
Telephone: (916) 498-5700


Attorney for Defendant
CIGIFREDO GALEANA-REYES


IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA


| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | No. CR.S-10-429 LKK |
| | ) | |
| Plaintiff, | ) | |
| | ) | ORDER AFTER HEARING |
| v. | ) | |
| | ) | |
| CIGIGREDO GALEANA-REYES, | ) | |
| | ) | |
| Defendant. | ) | |
| _____ | ) | |

    This matter came on calendar for a status conference hearing on February 7, 2012, in the courtroom of the Honorable Lawrence K. Karlton, Senior Judge. Assistant United States Attorney Michele Beckwith appeared on behalf of the United States of America. Assistant Federal Defender Courtney Fein appeared for Caro Marks on behalf of Defendant Cigifredo Galeana-Reyes, who was present before the court.

    The defendant expressed dissatisfaction with his counsel and the plea offer. Defense counsel represented that the defendant's counsel was preparing to get him a "second opinion" from another attorney about his case. The parties agreed a one-week continuance would suffice for

1  this purpose. Defense counsel does not seek to be replaced, but just an
2  opinion for the defendant by another attorney. The court set the matter
3  for further status conference one week hence, on February 14, 2012, at
4  9:15 am.
5     The parties agreed on the need for additional time to allow
6  defense counsel to seek a second attorney to confer with the defendant
7  about his case, specifically, any defenses, and the guidelines
8  calculations.
9     **IT IS HEREBY ORDERED** that this matter be set for further status
10 conference on February 14, 2012 at 9:15 am..
11    **IT IS FURTHER ORDERED** that pursuant to 18 U.S.C. §3161 (h)(7)(A)
12 and (B)(iv), and Local Code T4, the period from February 7, 2012, up to
13 and including February 14, 2012, is excluded from the time computations
14 required by the Speedy Trial Act due to counsel preparation. The court
15 finds that the ends of justice served by granting this continuance
16 outweigh the best interest of the defendant and the public in a speedy
17 trial.

19 Dated: February 13, 2012

/s/ Lawrence K. Karlton
LAWRENCE K. KARLTON
SENIOR JUDGE
UNITED STATES DISTRICT COURT